```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bernard Bednarz, et al.,

                Plaintiffs,

      –v–

FirstFire Global Opportunities Fund, LLC,

                Defendant.

21-mc-694 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Plaintiffs' motion to compel Defendant to comply with a subpoena duces tecum issued by the U.S. District Court for the Central District of California in relation to *In re Yayyo, Inc. Securities Litigation*, No. 2:20-cv-08235-SVW-AFM (C.D. Cal.). Dkt. No. 4. Defendant shall file a response, if any, by September 10, 2021. Plaintiff shall file a reply, if any, by September 13, 2021. The Court will resolve Plaintiff's motion expeditiously.

    Plaintiff shall serve a copy of this order on Defendant by September 7, 2021. Plaintiff shall file an affidavit of service by September 8, 2021.

    SO ORDERED.

Dated: September 3, 2021
       New York, New York

                                          ALISON J. NATHAN
                                        United States District Judge