UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21
```

Bernard Bednarz et al.,

           Plaintiffs,

     –v–

FirstFire Global Opportunities Fund, LLC,

          Defendant.

21-MC-694 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 2, 2021, Plaintiffs filed a motion to compel Defendant FirstFire Global Opportunities Fund, LLC to comply with a subpoena served on Defendant on July 15, 2021, in connection with *In re YayYo, Inc. Securities Litigation*, No. 2:20-CV-08235-SVW-AFM (C.D. Cal.).  Dkt. No. 4; Plaintiffs Br., Dkt. No. 5; Declaration of Cara David, Dkt. No. 6.

The Court on September 3, 2021, ordered Defendant to file a response to the motion by September 10, 2021.  Dkt. No. 9.  Plaintiffs served a copy of that Order on Defendant on September 7, 2021, Dkt. No. 10, but Defendant did not file a response and has not made an appearance.  Plaintiffs filed a reply on September 13, 2021.  Dkt. No. 11.  The Court therefore deems Plaintiffs' motion unopposed.

For the reasons stated in Plaintiffs' motion papers and reply, the Court GRANTS Plaintiffs' motion to compel.  Defendant FirstFire is hereby ordered to produce documents and information responsive to the subpoena issued by the U.S. District Court for the Central District of California in case number 2:20-CV-08235-SVW-AFM.

SO ORDERED.

Dated:   September 14, 2021
           New York, New York

_____

ALISON J. NATHAN
United States District Judge